IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KENNETH HOLT KRAUSE,

    Petitioner,

v.                                   CASE NO. 4:24cv525-RH-MAF

RICKY D. DIXON,

    Defendant.

_____/

## TRANSFER ORDER

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5. No objections have been filed. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The motion to transfer or dismiss, ECF No. 4, is granted.

3. The case is transferred to the United States District Court for the Southern District of Florida, West Palm Beach Division. The clerk must take all steps necessary to effect the transfer.

SO ORDERED on February 17, 2025.

s/Robert L. Hinkle  
United States District Judge

Case No. 4:24cv525-RH-MAF